## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 99-57 (1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Randy Anderson, | |
| Defendant. | |

Defendant's "Motion for Relief from Judgement Under Rule 60(b) 'Saving Clause' Independent equitable action" (Doc. No. 571) is **DENIED**.

Dated: July 13, 2009

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge