**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,          Criminal No. 99-57 (1) (RHK)

          Plaintiff,          **ORDER SEALING DOCUMENT**

    v.

RANDY ANDERSON,

          Defendant.
_____

    This matter comes before the Court on the Government's Motion To Seal Document. Based upon all the records and proceedings herein,

    **IT IS HEREBY ORDERED,** that the Government's Motion to Seal is granted.

Dated: February 22, 2010        s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,  Criminal No. 99-57 (1) (RHK)

          Plaintiff, **ORDER SEALING DOCUMENT**

    v.

RANDY ANDERSON,

          Defendant.
_____

This matter comes before the Court on the Government's Motion To Seal Document. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED,** that the Government's Motion to Seal is granted.

Dated: February 22, 2010     s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge