UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA, | Criminal No. 99-057 (RHK)

Plaintiff, | **ORDER SEALING DOCUMENT**

v.

RANDY ANDERSON,

Defendant.

---

Andrew Dunne, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

This matter comes before the Court on Defendant's Motion to Seal Document (Doc. No. 587). Based upon all the records and proceedings herein, **IT IS ORDERED** that the Defendant's Motion to Seal Document is **GRANTED**.

Dated: May 13, 2010           s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,  Criminal No. 99-057 (RHK)

          Plaintiff, **ORDER SEALING DOCUMENT**

v.

RANDY ANDERSON,

          Defendant.

---

Andrew Dunne, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

This matter comes before the Court on Defendant's Motion to Seal Document (Doc. No. 587). Based upon all the records and proceedings herein, **IT IS ORDERED** that the Defendant's Motion to Seal Document is **GRANTED**.

Dated: May 13, 2010            s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge